BEFORE THE FIRST DIVISION, APRIL 7, 1941

**No. 45652.**—Protest 16083–K of E. Leitz, Inc. (New York).

Opinion by OLIVER, P. J. On the record presented it was found that the merchandise in question is properly dutiable as incandescent electric-light lamps at 20 percent under paragraph 229 as claimed.

**No. 45653.**—Protest 22466–K of Oval Mfg. Co., Inc. (New York).

Opinion by OLIVER, P. J. It was agreed that items invoiced as "safir" and "Siam ruby" are imitation semiprecious stones cut and faceted. The claim at 20 percent under paragraph 1528 was therefore sustained as to these items.

**No. 45654.**—Protest 979159–G of Cline-Stewart Co. (Los Angeles).

Opinion by OLIVER, P. J. It was stipulated that the metal whistles in question are similar to those the subject of Abstract 25607. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 45655.**—Protests 999367–G, etc., of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstracts 44122 and 32264 the kazoos in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 45656.**—Protests 990363–G of New York Merchandise Co. (Los Angeles).

Opinion by OLIVER, P. J. It was stipulated that the candy containers in question are similar to those the subject of Abstract 40261. The claim as manufactures of cotton at 40 percent under paragraph 923 was therefore sustained.